## 608 DECISIONS IN CASES NOT REPORTED.

tario County Court appealed from affirmed, with costs.

Henry R. East, Appellant, v. The Cayuga Lake Ice Line, Respondent.— Motion for a reargument denied.

Susan B. Anthony and another, Appellants, v. The American Glucose Company, Respondent.— Motion to amend order granted.

William B. Colvin, Respondent, v. The United States Mutual Accident Association of New York City, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

William H. Ordway, Respondent, v. Village of Canisteo, Appellant. — Motion for reargument or for leave to appeal to the Court of Appeals denied.

Joseph Kress, Respondent, v. The East Side Savings Bank, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

Superintendent of the Poor of County of Catta-raugus v. The Superintendent of the Poor of the County of Erie. — Motion for leave to appeal to the Court of Appeals granted.

William T. Long v. William Long.— Motion for reargument denied.

Bridget McDonald, as Administratrix, etc., Respondent, v. New York Central and Hudson River Railroad, Appellant.—Motion to amend order granted.

Thomas P. McCormick, Respondent, v. John McCormick, Jr., Appellant, Impleaded, etc.— Leave granted to defendant to make and serve a proposed case and exceptions on appeal within fifteen days on payment of ten dollars costs of opposing this motion.

Richard Foran v. New York Central and Hudson River Railroad Company. — Motion to amend memorandum of decision denied.

Frances A. Dyke v. William Long, Survivor.— Motion for reargument denied.